(November 13, 1981)

■ In the Matter of ROBERT M. MORGENTHAU, Petitioner, v MILTON WILLIAMS et al., Respondents. — Application for a writ of prohibition pursuant to CPLR article 78 dismissed as academic, without costs and without disbursements, in

view of the issuance of a warrant of extradition by the Governor of the State of New York. Any stays heretofore granted are vacated. No opinion. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Lynch, JJ.